# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Jennifer Knobloch

                        Plaintiff,

v.                                                      Case No.: 1:18−cv−00263

                                                              Honorable Edmond E. Chang

ABC Financial Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 15, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. As discussed during the hearing, for now discovery will proceed on the merits of Plaintiff's individual claim and the propriety of class certification. But the Mandatory Initial Discovery Pilot Project disclosures will be limited to Plaintiff's individual claims only. The nationwide class definition would require an enormous and infeasible discovery task. The MID disclosures on the individual claims is due 03/12/2018. ESI discovery on the individual claims shall be disclosed by 04/23/2018. The first−round of written discovery requests must be issued no later than 03/21/2018. Subpoenas may be issued immediately to non−parties, such as Crunch Fitness. On the motion to dismiss [12], Plaintiff's response due 03/22/2018. If Plaintiff is considering amending the complaint, then he should make every effort to do so within the 21−day period rather than wait till the response deadline (when he would need leave to do so). Defendant's reply due 04/19/2018. Status hearing set for 05/09/2018 at 9:30 a.m. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.